**FILED**
CLERK, U.S. DISTRICT COURT
10/16/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: RYO  DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>VICTORINO RUIZ-PEREZ<br><br>　　　　　　Defendant. | 2:25-cr-00839-MAA<br><br><u>I N F O R M A T I O N</u><br><br>[8 U.S.C. § 1325(a): Improper Entry by Alien]<br><br>[CLASS B MISDEMEANOR] |

　　　The Acting United States Attorney charges:

[8 U.S.C. § 1325(a)]

　　　In or around 2016, defendant VICTORINO RUIZ-PEREZ, an alien, knowingly and intentionally entered the United States of America at a time and place other than as designated by

/ / /

/ / /

immigration officers, in violation of Title 8, United States Code, Section 1325(a)(1), a misdemeanor.

BILAL A. ESSAYLI
Acting United States Attorney

JOSEPH T. McNALLY
Assistant United States Attorney
Acting Chief, Criminal Division

*/s/ Jason C. Cole*

LAWRENCE E. KOLE
Assistant United States Attorney
Chief, Domestic Security and
Immigration Crimes Section

ELIZABETH BISLAND
Special Assistant United States Attorney